IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI,

    Petitioner,                              2:06-cv-1981-GEB-GGH-P

    vs.

T. FELKER, Warden,

    Respondent.                        ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On August 3, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed August 3, 2007, are adopted in full; and

2. Respondent's October 19, 2006, motion to dismiss for failure to exhaust state court remedies, re-served on November 15, 2006, is denied; and

3. Respondent is directed to file an answer within thirty days of the filed date of this order.

Dated: September 24, 2007

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge