IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI,

    Petitioner,        No. CIV S 06-1981 GEB GGH P

    vs.

T. FELKER,

    Respondent.        <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file a traverse. Petitioner states that he is being transferred as of November 5, 2007, to Centinela State Prison, and he seeks a fourteen-day extension of time from some unspecified date when he will be re-united with his (legal) property. He asks that the attorney for respondent verify that future date. The court will not grant such an open-ended extension.

    Accordingly, IT IS HEREBY ORDERED that petitioner's November 7, 2007 request for an extension of time is granted to the following extent:

    1. Petitioner has 45 days from the date of this order in which to file a traverse;

\\\\\

\\\\\

\\\\\\

1      2.  Should it occur that fourteen days prior to the expiration of that time petitioner has not yet received access to his legal property, petitioner is to inform the court, after which the undersigned will determine what, if any, further time extension may be granted or may make any other appropriate order.

DATED: 11/14/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
shad1981.111