UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILKERSON, a/k/a Adonai El-Shaddai,<br><br>                     Petitioner,<br><br>  v.<br><br>T. FELKER,<br><br>                     Respondent. | Case No. 2:06-cv-01981-AK<br><br>**ORDER** |

      Adonai El-Shaddai has timely filed a notice of appeal from this court's January 7, 2009, order denying his petition for habeas corpus and motion for a preliminary injunction. A certificate of appealability is required for the appeal to proceed. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this standard, an issue must be "debatable among jurists of reason," capable of being resolved differently or "adequate to deserve encouragement to proceed further." Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002). For the reasons stated in the January 7, 2009, order, none of the issues raised by El-Shaddai qualifies for

page 2

a certificate of appealability.  A certificate of appealability is therefore **DENIED**.

_____
ALEX KOZINSKI
Chief Circuit Judge[*]

February 10, 2009

---

[*] Sitting by designation pursuant to 28 U.S.C. § 291(b).