UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILKERSON, a/k/a Adonai El-Shaddai,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br><br>T. FELKER, Warden,<br><br>　　　　　　　　　Respondent. | Case No. 2:06-cv-01981-AK<br><br>ORDER |

Adonai El-Shaddai filed an "Application of Presumption of Correctness" on May 15th, 2009. But this court dismissed El-Shaddai's application for a writ of habeas corpus and a preliminary injunction on January 7th, 2009, and it denied him a certificate of appealability on February 10th, 2009. The appropriate time to pursue an application for the presumption of correctness was during the pendency of the petition, not after the petition had been denied and the case closed. El-Shaddai's application is untimely and moot, and is therefore **DENIED**.

　　　　　　　　　　　　　　　　　　　ALEX KOZINSKI
　　　　　　　　　　　　　　　　　　　Chief Circuit Judge*

July 28, 2009

---

　　* Sitting by designation pursuant to 28 U.S.C. § 291(b).